UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JOHNNY VENZANT** | : | **DOCKET NO.: 5:22-cv-04074** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **HOMEOWNERS OF AMERICA INSURANCE COMPANY** | : | **MAGISTRATE JUDGE KAY** |

### ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 20], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the Report and Recommendation [doc. 20] is **ADOPTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

This civil action may be reinstated within 30 days for good cause shown, per W.D. La. Loc. Civ. R. 41.3. Any such showing to be made in writing and filed into the record of this matter.

**IT IS FURTHER ORDERED** that Defendant's Motion for Sanctions against McClenny, Moseley and Associates is **RESERVED**. The briefing deadlines on the motion for sanctions have run, and that motion is now ripe for ruling and referred to the magistrate judge for report and recommendation.

**THUS DONE AND SIGNED** in Chambers this 27th day of September, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE