UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JOHNNY VENZANT** | : | **CASE NO. 5:22-cv-04074** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **HOMEOWNERS OF AMERICA INSURANCE CO.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 28], after an independent review of the record, noting the objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the Report and Recommendation [doc. 28] be **ADOPTED**. Accordingly, the Motion for Sanctions [doc. 21] is **GRANTED**, and McClenny Moseley & Associates, PLLC and/or its legal successors[1] is **ORDERED** to pay defendant's attorney's fees and costs in the amount of $8,535.52, made payable to the Monson Law Firm Client Trust Account. This payment is to be made within fourteen (14) days of this order's filing.

**THUS DONE AND SIGNED** in Chambers this 14th day of February, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] Recent filings on respondent's behalf have been made in the name of "MMA, PLLC (formerly known as McClenny Moseley & Associates, PLLC)." *See* Motion to Enroll as Counsel, *In re McClenny Moseley & Associates PLLC*, No. 3:23-mc-62 (W.D. La. Sept. 21, 2023).